UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

HERIBERTO PALACIO,

               Plaintiff,

v.                                             9:08-CV-0963
                                                       (FJS/GHL)

NEW YORK STATE DIV. OF PAROLE, Albany, N.Y.;
JANE/JOHN DOE, Parole Officer, Altona Corr. Fac.;
WALTHALL, New York City Parole Bureau Chief;
L. WALKER, Senior Parole Officer, Bronx, N.Y.;
R. ROSADO, Senior Parole Officer, New York City, N.Y.;
KELLY, Senior Parole Officer, Bronx, N.Y.;
CLIFFORD JONES, Parole Officer, Bronx, N.Y.;
AARAS, Parole Officer, Bronx, N.Y.;
S. PENISTER, Parole Officer, Bronx, N.Y.;
RAYMOND BRENNAN, Detective, N.Y.C. Police Dept.;
and City of NEW YORK,

               Defendants.

---

**APPEARANCES:**                            **OF COUNSEL:**

HERIBERTO PALACIO
*Pro Se*
#06-A-2318
Queensboro Correctional Facility
47-04 Van Dam Street
Long Island City, NY   11101

**FREDERICK J. SCULLIN, S.D.J.**:

### DECISION AND ORDER

      Presently before the Court is Magistrate Judge George H. Lowe's September 30, 2008

Report-Recommendation in which he recommends that the instant action be dismissed, and the

Court having reviewed the Report-Recommendation and the entire file in this matter and no objections to said Report-Recommendation having been filed, the Court hereby

**ORDERS** that the Report-Recommendation filed by Magistrate Judge George H. Lowe on September 30, 2008 is, for the reasons stated therein, accepted in its entirety; and the Court further

**ORDERS** that plaintiff's complaint is **DISMISSED**, and the Court further

**ORDERS** that the Clerk of the Court enter judgment in favor of the defendants and close this case.

**IT IS SO ORDERED**.

Dated: November 12, 2008
       Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge